UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



FILED
U.S. DIST COURT
MIDDLE DIST OF LA

JOSEPH MICHAEL ANDREWS
(#488278)

2007 MAR 28  P 4: 01

CIVIL ACTION

VERSUS

NO. 06-954-A

SIGN _____
BY DEPUTY CLERK

WILLIE GRAVES, ET AL

## RULING

The court has carefully considered the petition, the record, the law applicable to

this action, and the Report and Recommendation of United States Magistrate Judge

Docia L. Dalby (doc. 8) dated January 19, 2007, to which no objection has been filed,

hereby approves the report and recommendation of the magistrate judge and adopts it

as the court's opinion herein.

Accordingly, shall be dismissed, with prejudice, as legally frivolous pursuant to

42 U.S.C. § 1983, at least until the conditions set forth in Heck v. Humphrey, supra, are

met.

Baton Rouge, Louisiana, March 28, 2007.


JOHN V. PARKER,  JUDGE
MIDDLE DISTRICT OF LOUISIANA